UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 26-11744-RGS

JOSE JUSTINO ESTUPINAN-ANGULO

v.

FMC DEVENS

ORDER

April 16, 2026

STEARNS, D.J.

On February 15, 2026, the court received for filing petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241 and an application to proceed in district court without prepaying fees or costs.   Doc. Nos. 1 – 2. The clerk opened the instant civil action which was randomly assigned.  Doc. No. 3.

The court's records indicate that petitioner has a habeas action now pending.  *See Jose-Justino v United States Immigr. & Customs Enf't*, No. 26-10938-ADB (filed Feb. 20, 2026) ("No. 26-10938-ADB").  On April 2, 2026, petitioner was ordered to file a petition for writ of habeas corpus and either pay the filing fee or file a fee waiver application.  *See* Doc. No. 4, No. 26-10938-ADB.

It appears that petitioner intended to file the documents in No. 26-10938-ADB.  Because the pleadings did not include a case number, the clerk

opened the instant civil action.  The clerk will be directed to re-file the documents in No. 26-10938-ADB.

Accordingly, it is hereby ordered:

1. The clerk is directed to re-file the petition for writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) and application to proceed in district court without prepaying fees or costs (Doc. No. 2) in No. 26-10938-ADB.

2. This action is DISMISSED.

SO ORDERED.

/s/ Richard G. Stearns_____
UNITED STATES DISTRICT JUDGE